COPY

1  DAVID E. KAHN, City Attorney (98128)
2  KATHRYN A. BERRY, Senior Assistant City Attorney (99325)
   REBECCA L. MOON, Assistant City Attorney (167981)
3  ROBERT L. BOCO, Assistant City Attorney (197032)
   CITY OF SUNNYVALE
4  OFFICE OF THE CITY ATTORNEY
   456 West Olive Ave.
5  Sunnyvale, CA 94086
   (408) 730-7464 (voice)
6  (408) 730-7468 (fax)

7  Attorneys for Defendant
   SUNNYVALE DEPARTMENT OF PUBLIC SAFETY

**Filed**

AUG 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8
9              UNITED STATES DISTRICT COURT
10        NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

C07-04460
~~C07-04459~~ JF PVT

11
12  JAMES ALAN BUSH,                    ) Case No.:
                                        )
13         Plaintiff,                   )
                                        ) NOTICE OF RELATED CASES
14  vs.                                 )
                                        )
15  LONG CAO a.k.a. KEVIN CAO, KATHY   )
    BICKEL, SUNNYVALE DEPARTMENT OF )
16  PUBLIC SAFETY, SHERIFF'S OFFICE OF  )
    SANTA CLARA COUNTY, OPAL            )
17  SCHMEDEL, JONATHAN PAUL             )
    HARRINGTON, DANIEL ANTHONY          )
18  NAPOLITAN, ROBERT BRADFORD,         )
    GREGORY PAUL HERLIHY, AUGUSTINE     )
19  WILLARD NEWMOON, ADOBE WELLS,       )
    DALE FERGUSON, CONNIE FERGUSON,     )
20  ORIGEN FINANCIAL, ROBERT            )
    ROBLEDO, SUZIE DOE 1, TODD SU,      )
21  ADVANTAGE HOMES, SYLVANA            )
    HEALY AND STEVE DOE NO. 2,          )
22  RICHARD DAVIS SCHREIBER, ALPERT &  )
    BARR, and DOES 3 to 100,            )
23        Defendants.                   )
                                        )
24  _____)

**BY FAX**

25

-1-

NOTICE OF RELATED CASES

1  Defendant is informed and believes that the following cases may be related to the above-entitled case in that they involve many of the same parties and events and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges:

*Bush v. Bichel*, 5:07-cv-03641-RMW

*Bush v. Bickel, et. al.,* 5:07-cv-04261-PVT

*Bush v. Pinto,* 5:07-CV-04241-RS

*Bush v. Santa Clara County Medical Center et. al,* 5:07-cv-03942-JF

*Bush v. Sunnyvale Police Department,* 5:07-cv-00831-JF

Dated: August 27, 2007                    CITY OF SUNNYVALE

By: _____
Rebecca L. Moon
Assistant City Attorney

NOTICE OF RELATED CASES

**PROOF OF SERVICE BY MAIL**
*James Alan Bush v. Long Cao, et. al.*
*Case No. Not Assigned*

I am a citizen of the United States and employed in Santa Clara County. My business address is 456 West Olive Avenue, Sunnyvale, California 94086. I am over the age of 18 years and not a party to this action.

On August 27, 2007, I served the following document(s) described as:

**NOTICE TO ADVERSE PARTY AND CLERK OF THE SANTA CLARA COUNTY SUPERIOR COURT OF REMOVAL TO FEDERAL COURT OF ACTION NO. 1-07-CV-087923 UNDER 28 U.S.C. 1441(B) [Federal Question]; DEMAND FOR JURY TRIAL; CIVIL CASE COVER SHEET; NOTICE OF RELATED CASES**

in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James Alan Bush
3859 De La Cruz Blvd.
Santa Clara, CA 95054

[x]  (U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sunnyvale, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that practice is that correspondence is deposited with the United States Postal Service that same day as the day of collection in the ordinary course of business.

[ ]  [FACSIMILE] By transmitting a true copy thereof by facsimile transmission from facsimile number (408) 730-7468 to the interested parties in said action at the facsimile number(s) shown above.

[ ]  [OVERNIGHT DELIVERY] By placing a true copy thereof enclosed in a sealed envelope with delivery charges to be billed to the City of Sunnyvale, to be delivered by Federal Express Overnight Service to the address(es) shown above.

[ ]  [HAND DELIVERED] By delivering a true copy thereof enclosed in a sealed envelope to the address(es) shown above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 27, 2007, at Sunnyvale, CA.

SAM ROBERTS