DAVID E. KAHN, City Attorney (98128)
KATHRYN A. BERRY, Senior Assistant City Attorney (99325)
REBECCA L. MOON, Assistant City Attorney (167981)
ROBERT L. BOCO, Assistant City Attorney (197032)
CITY OF SUNNYVALE
OFFICE OF THE CITY ATTORNEY
456 West Olive Ave.
Sunnyvale, CA 94086
(408) 730-7464 (voice)
(408) 730-7468 (fax)

Attorneys for Defendant
SUNNYVALE DEPARTMENT OF PUBLIC SAFETY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>        Plaintiff,<br><br>vs.<br><br>LONG CAO a.k.a. KEVIN CAO, KATHY BICKEL, SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, SHERIFF'S OFFICE OF SANTA CLARA COUNTY, OPAL SCHMEDEL, JONATHAN PAUL HARRINGTON, DANIEL ANTHONY NAPOLITAN, ROBERT BRADFORD, GREGORY PAUL HERLIHY, AUGUSTINE WILLARD NEWMOON, ADOBE WELLS, DALE FERGUSON, CONNIE FERGUSON, ORIGEN FINANCIAL, ROBERT ROBLEDO, SUZIE DOE 1, TODD SU, ADVANTAGE HOMES, SYLVANA HEALY AND STEVE DOE NO. 2, RICHARD DAVIS SCHREIBER, ALPERT & BARR, and DOES 3 to 100,<br>        Defendants. | Case No.: 5:07-CV-04460-JF<br><br>CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND RELATED DOCUMENTS |

-1-

CERTIFICATE OF SERVICE                      5:07-CV-04460-JF

Barbara Roberts certifies and declares as follows: I am over the age of eighteen years and not a party to this action. My business address is the City of Sunnyvale, Office of the City Attorney, 456 West Olive Avenue, Sunnyvale, CA 94086, which is located in the City, County and State where the mailing described herein below took place.

On August 29, 2007, I deposited in the United States Mail at Sunnyvale, California to plaintiff pro per James Alan Bush, 3859 De La Cruz Blvd., Santa Clara, CA 95054, a copy of the Notice to Adverse Party and Clerk Of The Santa Clara County Superior Court of Removal to Federal Court of Action No. 1-07-CV-087923 Under 28 U.S.C. 1441(B) [Federal Question]; Demand For Jury Trial; Civil Case Cover Sheet; and Notice of Related Cases.

On August 29, 2007, I also caused a copy of all documents received from the Clerk of the Northern District in connection with United States District Court Action Number 5:07-CV-04241-RS listed below to be mailed in a sealed envelope per standard business practices to Mr. Bush at his above described address. (1) filed Civil Case Cover Sheet; (2) Order Setting Initial Case Management Conference and ADR Deadlines; and (3) Welcome to the United States District Court, Clerk's Office, San Jose Division.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2007

By: *Barbara Roberts* (signature)
Barbara Roberts