PROOF OF SERVICE BY MAIL

*James Alan Bush v. Cao, et. al.*
*Case No.: 5:07-CV-04460-JF*

I am a citizen of the United States and employed in Santa Clara County. My business address is 456 West Olive Avenue, Sunnyvale, California 94086. I am over the age of 18 years and not a party to this action.

On August 31, 2007, I served the following document(s) described as:

ANSWER TO COMPLAINT BY CITY OF SUNNYVALE AND SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, SUED AS SUNNYVALE DEPARTMENT OF PUBLIC SAFETY; DEMAND FOR JURY TRIAL

in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James Alan Bush
3859 De La Cruz Blvd.
Santa Clara, CA 95054

[x]   (U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sunnyvale, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that practice is that correspondence is deposited with the United States Postal Service that same day as the day of collection in the ordinary course of business.

[]   [FACSIMILE]   By transmitting a true copy thereof by facsimile transmission from facsimile number (408) 730-7468 to the interested parties in said action at the facsimile number(s) shown above.

[ ]   [OVERNIGHT DELIVERY] By placing a true copy thereof enclosed in a sealed envelope with delivery charges to be billed to the City of Sunnyvale, to be delivered by Federal Express Overnight Service to the address(es) shown above.

[ ]   [HAND DELIVERED]   By delivering a true copy thereof enclosed in a sealed envelope to the address(es) shown above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 31, 2007, at Sunnyvale, CA.

/S/ SAM ROBERTS

ANSWER BY DEFENDANT SUNNYVALE
DEPARTMENT OF PUBLIC SAFETY

Case No.: 5:07-CV-04460-JF